FOURTH DEPARTMENT, FEBRUARY, 1996

(February 2, 1996)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY MILLER, Appellant. [638 NYS2d 380] —Upon remittitur from the Court of Appeals, judgment unanimously affirmed. Memorandum: We conclude that the conviction of attempted robbery in the first degree is not against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495) and that defendant's sentence is not unduly harsh or severe. (Appeal from Judgment of Monroe County Court, Bristol, J.—Attempted Robbery, 1st Degree.) Present—Lawton, J. P., Callahan, Doerr, Balio and Boehm, JJ.